**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **CARA CHIAPPA and DAN ALFONSO,** ) | |
| **individually and on behalf of** ) | |
| **all others similarly situated,** ) | |
| ) | |
| **Plaintiffs,** ) | **CIVIL ACTION FILE** |
| **v.** ) | **NO.:  1:20-cv-00847-TWT** |
| ) | |
| **CUMULUS MEDIA, INC.,** ) | |
| **and JOHN DOES 1-10.,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**
**DISCLOSURE STATEMENT OF DEFENDANT CUMULUS MEDIA INC.**

Pursuant to Local Rule 3.3, Northern District of Georgia, and Federal Rule of Civil Procedure 7.1, Defendant Cumulus Media Inc. hereby submits its Certificate of Interested Persons and Corporate Disclosure Statement.

(1) The undersigned counsel of record for the defendant to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**Plaintiffs**:    Cara Chiappa
            Dan Alfonso

**Defendant**:    Cumulus Media Inc. is a parent corporation and is a publicly traded
            company.
            Eaton Vance Management owns more than 10% of Cumulus Media
            Inc.  Eaton Vance Management is a wholly owned subsidiary of

Eaton Vance Corp., which is a publicly traded company.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Cumulus Media Inc. is not aware, at this time, of any other such persons.

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the defendant in this proceeding:

David Tetrick
Darren Shuler
Alexander Gray

King  & Spalding LLP

Submitted this 22nd day of April, 2020.

/s/ *David Tetrick, Jr.*
David Tetrick, Jr.
Georgia Bar No. 713653
Darren A. Shuler
Georgia Bar No. 644276
Alexander Gray
Georgia Bar No. 301019
**KING & SPALDING LLP**
1180 Peachtree Street, N.E.
Atlanta, Georgia  30309-3521
Telephone:  (404) 572-4600
Fax:  (404) 572-5138
dtetrick@kslaw.com
dshuler@kslaw.com
alex.gray@kslaw.com

*Counsel for Defendant*
*Cumulus Media Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE**

**DISCLOSURE STATEMENT FOR DEFENDANT CUMULUS MEDIA INC.**

was electronically filed with the Clerk of the Court using the CM/ECF system,

which will automatically send notification of such filing and make available the

same to all counsel of record:

> **JOHNSON FISTEL, LLP**
> Michael I. Fistel, Jr.
> michaelf@johnsonfistel.com
> Georgia Bar No.: 262062
> William W. Stone
> williams@johnsonfistel.com
> Georgia Bar No.: 273907
> Mary Ellen Conner
> maryellenc@johnsonfistel.com
> Georgia Bar No.: 195077
> Adam J. Sunstrom
> adams@johnsonfistel.com
> Georgia Bar No.: 556579
> 40 Powder Springs Street
> Marietta, GA 30064
> Telephone: (470) 632-6000
> Facsimile: (770) 200-3101
>
> **CAPOZZI ADLER, P.C.**
> Mark K. Gyandoh, Esquire
> 312 Old Lancaster Road
> Merion Station, PA 19066
> Tel: (610) 890-0200

Fax (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey, Esquire
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101

This 22nd day of April, 2020.

/s/ *David Tetrick, Jr.*
David Tetrick, Jr.
Georgia Bar No. 713653
*Counsel for Cumulus Media Inc.*

2