# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DAN ALFONSO,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CUMULUS MEDIA, INC. and JON DOES 1-10,<br>　　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-00847-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of Defendant's Motion for Summary Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 15th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　　　By:　s/ A. Hogan
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 15, 2021
Kevin P. Weimer
Clerk of Court

By: s/ A. Hogan
　　　Deputy Clerk