IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAN ALFONSO,<br>individually and on behalf of<br>all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CUMULUS MEDIA, INC.,<br>and JOHN DOES 1-10.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION FILE<br>) NO.: 1:20-cv-00847-TWT<br>)<br>)<br>)<br>)<br>)<br>) |

# NOTICE OF APPEAL

Notice is hereby given that Defendants, Cumulus Media, Inc. (Defendants), pursuant to Civil Local Rule 3.2, hereby appeals to the United States District Court of Appeals for the Eleventh Circuit from the Order Granting Defendant's Motion for Summary Judgment entered in this action on October 15, 2021 (Dkt. 43) attached as Exhibit A and Judgment entered in the action of October 15, 2021 (Dkt. 44) attached as Exhibit B.

Dated: November 12, 2021    Respectfully submitted,

               */s/ Mark K. Gyandoh*
               **CAPOZZI ADLER, P.C.**
               Mark K. Gyandoh, Esquire
               (admitted *pro hac vice*)
               312 Old Lancaster Road
               Merion Station, PA 19066

Tel: (610) 890-0200
Fax (717) 233-4103
Email: markg@capozziadler.com

Donald R. Reavey, Esquire
(admitted *pro hac vice*)
2933 North Front Street
Harrisburg, PA 17110
Telephone: (717) 233-4101
Fax (717) 233-4103
Email: donr@capozziadler.com

**JOHNSON FISTEL, LLP**
Michael I. Fistel, Jr.
michaelf@johnsonfistel.com
Georgia Bar No.: 262062
William W. Stone
williams@johnsonfistel.com
Georgia Bar No.: 273907
Mary Ellen Conner
maryellenc@johnsonfistel.com
Georgia Bar No.: 195077
Adam J. Sunstrom
adams@johnsonfistel.com
Georgia Bar No.: 556579
40 Powder Springs Street
Marietta, GA 30064
Telephone: (470) 632-6000
Facsimile: (770) 200-3101

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically serve notice of electronic filing to the following counsel of record:

**KING & SPALDING LLP**
David Tetrick Jr.
Georgia Bar No. 713653
dtetrick@kslaw.com
Darren A. Shuler
Georgia Bar. No. 644276
Darren A. Shuler
dshuler@kslaw.com
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521
Telephone: (404) 572-4600
Fax: (404) 572-5138

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh