EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

DAN ALFONSO,

               Plaintiff,

vs.

CUMULUS MEDIA, INC. and JON DOES
1-10,

               Defendants.

CIVIL ACTION FILE

NO. 1:20-cv-00847-TWT

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr.,

United States District Judge, for consideration of Defendant's Motion for Summary

Judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover

its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 15th day of October, 2021.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ A. Hogan   
         Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 15, 2021
Kevin P. Weimer
Clerk of Court

By: s/ A. Hogan     
        Deputy Clerk