# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 16, 2022

Clerk - Northern District of Georgia
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 21-14031-CC
Case Style: Dan Alfonso v. Cumulus Media, Inc.
District Court Docket No: 1:20-cv-00847-TWT

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis, CC/lt
Phone #: 404-335-6130

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 21-14031-CC

_____

CARA CHIAPPA,

                                                                                                           Plaintiff,

DAN ALFONSO,
individually and on behalf of all others
similarly situated,

                                                                                                        Plaintiff - Appellant,

versus

CUMULUS MEDIA, INC.,

                                                                                                       Defendant - Appellee,

JOHN DOES 1-10,

                                                                                                             Defendant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellee Cumulus Media, Inc. is GRANTED by clerk [9825402-2]. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective December 16, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION